No. 841, Misc. TILDEN *v.* ILLINOIS PAROLE AND PARDON BOARD. Motion for leave to file petition for writ of mandamus denied.

No. 764, Misc. LOUISIANA EDUCATION COMMISSION FOR NEEDY CHILDREN ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA ET AL. Motion for leave to file petition for writ of prohibition denied. *L. H. Perez* on the motion. *Acting Solicitor General Spritzer* and *Assistant Attorney General Doar* for the United States in opposition.

No. 1116. KIRKPATRICK, SECRETARY OF STATE OF MISSOURI, ET AL. *v.* PREISLER ET AL.; and

No. 1117. HEINKEL ET AL. *v.* PREISLER ET AL. Appeals from D. C. W. D. Mo. Probable jurisdiction noted. Cases consolidated and one hour allotted for oral argument. Judgment of the District Court, dated December 29, 1967, stayed pending final decisions on the appeals. Motion to advance denied; State of Missouri authorized to conduct 1968 congressional elections under and pursuant to 1967 Missouri Congressional Reapportionment Act, Mo. Rev. Stat., §§ 128.203–128.305 (Cum. Supp. 1967). See *Martin* v. *Bush,* 376 U. S. 222, 223; cf. *Lucas* v. *Colorado Gen. Assembly,* 377 U. S. 713, 739; *Roman* v. *Sincock,* 377 U. S. 695, 711–712; *WMCA, Inc.* v. *Lomenzo,* 377 U. S. 633, 655; *Burns* v. *Richardson,* 384 U. S. 73, 97–98. *Norman H. Anderson,* Attorney General of Missouri, *pro se, Thomas J. Downey,* First Assistant Attorney General, and *Louren R. Wood,* Assistant Attorney General, for appellants in No. 1116. *John David Collins* for appellants Heinkel et al. in No. 1117. *Paul W. Preisler, pro se,* and for other appellees in No. 1116. Reported below: 279 F. Supp. 952.